No. 270. INTERNATIONAL BROTHERHOOD OF TEAM-STERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS (A. F. L.) LOCAL UNION NO. 667 ET AL. *v.* MASCARI ET AL. Petition for writ of certiorari to the Supreme Court of Tennessee dismissed on motion of counsel for the petitioners. *Herbert S. Thatcher* and *Grover N. McCormick* for petitioners. *William F. Barry* for respondents. 187 Tenn. 345, 215 S. W. 2d 779.

No. 284, Misc. KELLY *v.* HOWARD, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 317, Misc. WINSTON ET AL. *v.* KNOX, CHIEF JUDGE, ET AL. Motion for leave to file petition to void indictments and to quash venire of petit jurors, for a rule to show cause why mandamus and prohibition should not issue, for rule absolute, and for a stay, denied. *Charles H. Houston, Richard Gladstein, Harry Sacher, Abraham J. Isserman* and *George W. Crockett, Jr.* for petitioners.

No. 427. WADE *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari granted. *Harry W. Colmery* for petitioner. *Solicitor General Perlman, Robert S. Erdahl, John R. Benney* and *Harold D. Cohen* for respondent.

No. 357. NATIONAL BANK OF COMMERCE OF SAN ANTONIO, EXECUTOR, *v.* SCOFIELD, COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *William Robert Smith, Jr.* for petitioner. *Solicitor General Perl-*